*Court.*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 13 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

## PAGE-1

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION JURY.TRIAL DEMANDED. MULTIPLE CLAIM.

**RICHARD MCBRIDE**                          **PLAINTIFF.**

CIVIL ACTION NO. *1'2I CV295 TBM-RPM*

**WILLIAM CAREY UNIVERSITY**                **DEFENDANT**

*TOMMY KING*
*Allen Bonner*
*Timothy S. Morris*
*GARY E Blackwell*

## COMPLAINT.

RICHARD MCBRIDE.ALLEGES THE FOLLOWING.

50.000.000.00.fifty million dollars. cash.

### INTRODUCTION

1.RICHARD MCBRIDE BRING THIS ACTION IN THE NAME OF JESUS CHRIST. TO ENFORCE TITLE -2 .   TITLE-3- OF THE AMERICAN WITH DISABILITIES ACT(ADA).42 U.S.C.1213-12134.IMPLEMENTING

REGULATION .28 C.F.R.PART 35 LAW ADA. TITLE-3 LIABILITY

IS ESTABLISHED UNDER 42.U.S.C..12181-12189.AGAINST.

WILLIAM CAREY UNIVERSITY. E.T. A.L. BECAUSE IT

VIOLATED THE(ADA) AND ITS IMPLEMENTING REGULATION

WHEN IT DENIED. RICHARD MCBRIDE.REQUEST FOR

OBLIGATIONS INTEGRATED -3. TEXT 36.103-RELATIONSHIP TO OTHER CLAIM LAWS APPLIED UNDER TITLE -5.OF THE REHABILITATION ACT OF 1973. 29.USC.791.A.B.C..504 ACT.


## PAGE-2

DISABILITY ACCOMMODATIONS EXTENDED TEST TIME.ON CANVAS. BASED ON DISCRIMINATORY ANIMUS TOWARDS .STUDENT WITH MENTAL RETARDATION. OR MENTAL ILL A.D.A.).SECTION 504 OF THE REHABILITATION ACT OF 1973.DISCRIMINATION.

2.BASE ON (WILLIAM CAREY UNIVERSITY ET.AL. MISCONDUCT BAD ATTITUDES TO RICHARD MCBRIDE NEGATIVE REACTION DEPRIVE MCBRIDE OF FUNDAMENTAL RIGHT AND FAIRNESS. ACT OF 1996 5.U.S.C.610. 42.U.S.C.12204. THIS CASE RISE BOTH STATE LAW CLAIM FEDERAL LAW CLAIM AND CIVIL RIGHT 504 VIOLATION. TITLE-6.HUMILIATION ADA. 28 C.F.R.36.104.

INJUNCTIVE RELIEF.  VIOLATION

MCBRIDE.CONSTITUTIONAL DUE-PROCESS RIGHTS ARE

GUARANTEED. COMMON LAW CLAIM. MISSISSIPPI TORT

CLAIM ACT. FOR ALL CLAIM RICHARD MCBRIDE DEMANDED

50.000.000. FIFTY MILLION DOLLARS.CASH.

PAGE-3

3. CONGRESS FOUND THAT DISCRIMINATION AGAINST

INDIVIDUALS WITH DISABILITIES PERSISTS IN SUCH

CRITIAL AREAS AS…. ACCESS TO PUBLIC OR PRIVE

SERVICES 42 U.S.C. 12101(A)(3)AND THUS PASSED THE

ADA TO PROVIDE A CLEAR AND COMPREHENSIVE

NATIONAL MANDATE FOR THE ELIMINATION OF

DISCRIMINATION AGAINST INDIVIDUALS WITH

DISABILITIES.42 U.S.C. 12101(B)(1)

JURISDICTION AND VENUE.

4.THIS COURT HAS JURISDICTION OVER THIS ACTION

UNDER.TITLE-2 TITLE-3. OF THE ADA.42 U.S.C. 12133. AND

28. U.S.C. 1313 AND 1345. SECTION 504 OF THE

REHABILITATION ACT OF 1973(SECTION.504.29 U.S.C.

794,AND ITS IMPLEMENTING REGULATION AT 34 C.F.R.

PART 104. WHICH PROHIBIT DISCRMINATION ON THE BASE

OF DISABILITY.BY PUBLIC ENTITIES OR PRIVATE ENTITIES

AND TITLE-6 title 7. OF THE CIVIL RIGHTS ACT OF 1964.

42.U.S.C.

PAGE-- 4

2000D.AND ITS IMPLEMENTING REGULATION AT 34 C.F.R.

PART 100.WHICH PROHIBIT DISCRIMINATION ON THE BASIS

OF RACE AND COLOR.WCU.IS A RECIPIENT OF FEDERAL

FINANCIAL ASSISTANCE FROM THE DEPARTMENT AND IS

PUBLIC ENTITY. THEREFORE.COURT HAS JURISDICTION

AUTHORITY TO PROCESS THIS  RICHARD MCBRIDE.

COMPLAINT FOR RESOLUTION UNDER SECTION

504.TITLE-2 AND TITLE-3. TITLE-6,ALL. STATE CLAIM.

5. THE COURT MAY GRANT THE RELIEF SOUGHT IN THIS

ACTION PURSUANT TO 28.U.S.C. 2201--2202.

6. VENUE IS PROPER IN THIS DISTRICT PURSUANT TO

28.U.S.C. 1391.BECAUSE THE WILLIAM CAREY UNIVERSITY

IS LOCATED.THE ACTS AND OMISSIONS GIVING RISE TO

THIS ACTION OCCURRED AND THE PROPERTY THAT IS THE

OF THIS ACTION IS LOCATED IN THIS JUDICIAL DISTRICT.

Page-- 5

7. LEGAL STANDARD

THIS HONORABLE  COURT SHOULD  ACCEPT ALL-- WELL

PLEADED FACTS AS TRUE VIEWING THEM IN THE LIGHT

MOST FAVORABLE TO THE PLAINTIFF. RICHARD MCBRIDE.

SEE. GINES- V -  D.R. HORTON INC. 699 F.3D 812.816( 5 TH.

CIR.2012) VIEWING ALL THE EVIDENCE AS A HOLD WERE

DOUBT.EXISTS. PERMITTING A FULL TRIAL ON THE MERITS.

SEE.ELLIS-V-POWER . 645 SO.3D.947.950( MISS 1994)

8.   PLAINTIFF. RICHARD MCBRIDE WILL AT FULL TRIAL ON

MERITS OF THE COMPLAINT BY A PREPONDERANCE OF

THE EVIDENCE SUPPORTS A CONCLUSION THAT

RECIPIENT DEFENDANT WILLIAM CAREY UNIVERSITY ET AL

NON-COMPLY WITH (A.D.A.) IN DENY MCBRIDE. MENTAL

RETARDATION. ACCOMMODATION. FOR EXTEND OF TIME.

ON TEST.


PAGE-- 6.

PARTIES

9. PLAINTIFF- IS RICHARD MCBRIDE    CAN BE SERVICE AT

4318 DONOVAN STREET. MOSS POINT. MISSISSIPPI.

ZIP-CODE-39563; PHONE[ 228-696-7033, PLAINTIFF.

RESERVE RIGHT TO AMEND MY COMPLAINT UNDER FRCP.

15.

10. DEFENDANT'S IS SUE IN THE JOB.OFFICE

CAPACITY.AND PERSON CAPACITY.

11. DEFENDANT.- WILLIAM CAREY UNIVERSITY CAN BE

SERVICE. AT.TOMMY KING PRESIDENT OFFICE.

CHIEF/EXECUTIVE OFFICE.    BOX-1. 710 WILLIAM CAREY

PARKAY WAY HATTIESBURG. MISSISSIPPI.39401  PHONE

601-318-6495 OR 228-702-1775. BY. SHERIFF OFFICE.

SUBSTITUTE SERVICE.OR COURT CLERK. LOCAL

NEWSPAPER.

12 DEFENDANT; TOMMY KING. CAN BE SERVICE AT TOMMY

KING.PRESIDENT OFFICE. CHIEF /EXECUTIVE OFFICER.

BOX-1 710 WILLIAM CAREY PARKWAY HATTIESBURG

MISSISSIPPI .39401. PHONE. 601-318-6495.OR. 228-702-1775.

PAGE- 7.

13. DEFENDANT.- ALLEN BONNER CAN BE SERVICE.

AT.TOMMY KING PRESIDENT OFFICE. CHIEF/EXECUTIVE

OFFICE.   BOX-1. 710 WILLIAM CAREY PARKAY WAY

HATTIESBURG. MISSISSIPPI.39401  PHONE 601-318-6495 OR

228-702-1775. BY. SHERIFF OFFICE.

SUBSTITUTE SERVICE.OR COURT CLERK. LOCAL

NEWSPAPER.

14. . DEFENDANT.-  TIMOTHY S. MORRIS  CAN BE SERVICE.

AT.TOMMY KING PRESIDENT OFFICE. CHIEF/EXECUTIVE

OFFICE.    BOX-1. 710 WILLIAM CAREY PARKAY WAY

HATTIESBURG. MISSISSIPPI.39401  PHONE 601-318-6495 OR

228-702-1775. BY. SHERIFF OFFICE.

SUBSTITUTE SERVICE.OR COURT CLERK. LOCAL

NEWSPAPER.

15. DEFENDANT.-   GARY E. BLACKWELL  CAN BE SERVICE.

AT.TOMMY KING PRESIDENT OFFICE. CHIEF/EXECUTIVE

OFFICE.    BOX-1. 710 WILLIAM CAREY PARKAY WAY

PAGE- 8.

HATTIESBURG. MISSISSIPPI.39401  PHONE 601-318-6495 OR

228-702-1775. BY. SHERIFF OFFICE.

SUBSTITUTE SERVICE.OR COURT CLERK. LOCAL

NEWSPAPER.

16.                        FACT'S

17. RICHARD MCBRIDE. REQUESTED REASONABLE

ACCOMMODATION OF EXTRA TESTING TIME ON WEBSITE .

FIRST. TIME REQUESTED. DATE OF 8/4/2019.FROM MS.

ALELIA  HAYNES. ( WCU). AGENT. I FILLED OUT A

DISABILITIES . APPLICATION.AS THE HANDBOOK.RULE.

COMPLETE. IT. GAVE OR PROVIDE TO W.C.U.  AGENT ALEIA

HAYNES.  I DID PROVIDE DOCUMENTATION FROM SOCIAL

SECURITY.DISABILITY SERVICES .ADMINISTRATION

REPORT. (W.C.U.) AGENT. DENY.

PAGE-9.

18.  I RICHARD  MCBRIDE  CALLED  ALELIA  HAYNES. THEY

IS IN NON-COMPLY.WITH - A.D.A.-ACT. TITLE -2. TITLE -3.

VIOLATION. UNPROFESSIONAL MISCONDUCT. SECTION 504

OF REHABILITATION ACT OF 1973 DISCRIMINATION AGANES

RICHARD MCBRIDE. AGENT. ALEIA HAYNES. SHE IS NOT

THE DECISION MAKER. IS  MR.ALLEN BONNER .A.D.A.

COORDINATION. PHONE.601-318-6211 OR 601-318-6208.

19. I RICHARD MCBRIDE.CAlIED MR ALLEN BONNER.

SEVERAL TIME FOR HELP HE ILLEGAL DENY MY

CLAIM.SECTION -7-20- OF 504-ACT. ADA. ACT. BREACH OF

CONTRACT.CLAIM. AND ILLEGAL GROSS

NEGLIGENCE.CLAIM . MCBRIDE. WAS PSYCHOLOGICALLY

TORMENTED, BY W.C.U. AND MR ALLEN BONNER. STAY HE

WANTS MORE  ADDITIONAL. DOCUMENTATION ON MY

DISABILITY. NEED DIAGNOSE OF MENTAL MEDICAL

CONDITION DETERMINING  DISABILITIES  ACT. I SAY. OK.

SIR.  WENT TO MY DOCTOR.

PAGE--10.

20. I CALLED MR. AIIEN BONNER . EXPLAINED TO HIM THAT

MY DOCTOR  REGINALD W.STEWART.D.O. AT 3702

JEFFERSON AVE PASCAGOULA. MISSISSIPPI . ZIP.39563.

PHONE.228-769-1166.THAT HE WAS SICK OR ILL. NOT BEN

IN THE OFFICE FOR. TWO MONTH. DR. STEWARD DID NOT

DIAGNOSE.RICHARD MCBRIDE.MEDICAL CONDITION.THAT

DETERMINE MY DISABILITIES ACT. FOR.(ADA)  THE SOCIAL

SECURITY.ADMINISTRATION. DIAGNOSE ME (RICHARD

MCBRIDE) PRIMARY DIAGNOSIS IS 1.  .(MENTAL

RETARDATION)  2.SECONDARY MAJOR

DEPRESSION.RECURRENT WITH PSYCHOTIC FEATURES .

CODE -2960. DATE.-9-4-2019. I WENT TO MY

DOCTOR.OFFICE. A NEW DOCTOR  WAS IN THE OFFICE

.HELPING . DOCTOR-KENDRA S. GARDNER.N.P. - SHE GAVE

ME A  REPORT. DATE- 9-4-2019,  REPORT. STATED.-

RICHARD MCBRIDE WAS TREATED IN OUR OFFICE BY.

KENDRA GARDNER.FNP. MR . MCBRIDE HAS A MEDICAL.

PAGE.-11.

21. MEDICAL BACKGROUND. OF MENTAL ILLNESS.  F25.0.

22.PLEASE CALL OUR  OFFICE WITH ANY QUESTIONS AT.(

228-769-1166.

23.I RICHARD MCBRIDE PROVIDE THE DOCTOR   REPORT

TO.WCU. AGEANT. ALEIA HAYNES.   SHE GAVE THE

DOCTOR REPORT TO MR ALLEN BONNER. TWO WEEK A

GO.

24.  I RICHARD MCBRIDE CALL MR ALLEN BONNER. HE

DENY. MY DOCTOR  REPORT. W.C.U. AND ALLEN

BONNER.BREACHED IT CONTRACT.WITH  RICHARD

MCBRIDE. BY BREACHING THE IMPLIED COVENANT OF

GOOD FAITH AND FAIR DEALING. INTENTIONAL  INFLICTION

OF EMOTIONAL DAMAGE..EMOTIONAL DISTRESS AND

MENTAL ANGUISH. INDEPENDENT TORT.CLAIM. MIS.CODE

SECTION .11-46-5 .  SECTION -11-46-3 SECTION-11-46-15-C.

REV.2014. MALICE. CLAIM  INTENTION PURPOSE

CONDUCTION  W.C.U. AND ALLEN BONNER    HAS A PATTER

PAGE; 12.

25. WCU.  HAS A PATTERN OF UNPROFESSIONAL, BAD

BEHAVIOR. DISCRIMINATED AGAINST.RICHARD MCBRIEN

26.   THE SECOND.TIME RICHARD MCBRIDE.  WENT BACK

TO SOCIAL  SECURITY. ADMINISTRATION. OFFICE. THEY

.W.CU. AND ALLEN BONNER .  UNLAWFULLY  DEPRIVED.

MCBRIDE. OF HIS RIGHT , ADA. TITLE-2, TITLE-3.  SECTION

504 OF THE REHABILITATION ACT.OF 1973.DISCRIMINATION.

BASE ON DISABILITY .  WAS DENY.   ON DATE;

OCTOBER.10.2019. A REPORT FROM. THE SOCIAL

SECURITY ADMINISTRATION. 1.PRIMARY

DIAGNOSIS;-MENTAL RETARDATION. CODE. NO-3180.

2.SECONDARY. DIAGNOSIS. MAJOR

DEPRESSION.RECURRENT WITH PSYCHOTIC FEATURES.

CODE. NO.-2960. I RICHARD MCBRIDE. GAVE. PROVIDE THIS

REPORT TO W.C.U. ALEIA HAYNES. SHE GAVE THE REPORT

TO ALLEN BONNER. W.C.U.  THEY DENY. MCBRIDE.  AGAIN.

27. RICHARD MCBRIDE.  CONSTITUTIONAL DUE PROCESS .

PAGE ; 13.

28.  RICHARD MCBRIODE WAS  A QUALIFIED INDIVIDUALS

WITH A DISABILITY IN THE  UNITED STATE OF AMERICAN.

AS DEFINED IN .ADA. 504. SECTION 7-20. SHALL. SOLELY BY

REASON OF HIS OR HER  DISABILITY BY EXCLUDED . BY

WCU. ALLEN BONNER. TO DENY. RICHARD MCBRIDE.

EQUAL ACCESS TO AND EQUAL OPPORTUNITY TO A

HIGHER EDUCATION PROGRAMS AND SERVICE,

IMPRISONMENT .RICHARD MCBRIDE. WCU ALLEN

BONNER..THE DENY WAS DECISION OF BIASE . PRIDE AND

PREJUDICE.BEYOND' THEIR  JOB OFFICE CAPACITY.

ENTER IN PERSON CAPACITY. INTENTIONAL INFLICTION

EMOTIONAL  HARM TO MACBRIDE.ALLEN BONNER DENY.

PAGE-14.

29. PLAINTIFF. RICHARD MCBRIDE W.C.U. ALLEN BONNER.

TO THE BASED.DISCRIMINATION , EMERGENCY  ROOM AT.

SINGING RIVER HOSPITAL. 2809 DENNY AVE PASCAGOULA

MISSISSIPPI . ZIP .39581.  INTENTIONAL  EMOTIONAL

DISTRESS. DAMAGE MCBRIDE. BREACH OF CONTRACT.

30.PLAINTIFF-RICHARD MCBRIDE HADE TO SEEK .

MEDICAL. CARE.AT. PAS-POINT INTERNAL MEDICINE BY.

DOCTOR. KENDRA S.GARDNER. F.N.P. 3702 JEFFERSON

AVE. PASCAGOULA . MISSISSIPPI. 39563. INTENTIONAL

EMOTIONAL DISTRESS, W.C.U.. NEGLIGENCE..

GROSS.NEGLIGENCE.

31.THE WILLIAM CAREY UNIVERSITY. ET.AL.

STRAIGHTFORWARD AND SIMPLE  VIOLATION THE LAW.

ADA. ACT. 504. ACT. AND TITLE-6 OF THE CIVIL RIGHT ACT

OF 1964.  TITLE-7 CIVIL RIGHT ACT. WHICH PROHIBITS

DISCRIMINATION ON THE BASE OF  RACE .COLOR OR

NATIONAL ORIGIN. TO RICHARD MCBRIDE.

PAGE-15.

32.RICHARD MCBRIDE IS A COLOR MAN .NATIONAL ORIGIN .

BLACK MALE. MAN AFRICAN AMERICAN CIVIL RIGHT ACT

OF 1963. WILLIAM CAREY UNIVERSITY. ET.AL.

DISCRIMINATED AGAINST RICHARD MCBRIDE BASE OF

HIS.RACE. DENIED  ALL REQUEST FOR DISABILITY

ACCOMMODATION. EXTENDED TIME.  WILLIAM CAREY

UNIVERSITY. ET.AL. ALLEN BONNER.. TOMMY KING.

TIMOTHY S. MORRIS .GARY E. BLACKWELL. ALL WHITE.

MALE. KNOWINGLY.  VIOLATE MULTIPLE LAWS. MULTIPLE

CLAIM. IF RICHARD MCBRIDE WAS A WHITE MAN.WHITE

MALE. THEY ALL EVIDENCE SUBMITTED BY .MCBRIDE.

WOULD HAVE GRANT.

33.IF RICHARD MCBRIDE .NATIONAL ORIGIN. WAS A WHITE

FEMALE. OR A BLACK FEMALE. WILLIAM CAREY

UNIVERSITY . E.T.A.L. THEY ALL WOULD HAVE

GRANT,RICHARD MCBRIDE. ACADEMIC  ACCOMMODATION.

WERE DEEMED NECESSARY. EVIDENCE SUBMITTED.

PAGE -16.

34.   I RICHARD MCBRIDE.DID BRING  THE NECESSARY

PROVE TO BE GIVING MY ACCOMMODATION.EXTEND.TIME

ON TEST ON CAVIN WEBSITE .INVOKE ALL RIGHT. W.C.U.

DENY. MY. DISABLE HAVE HINDERED MY  ABILITY TO PASS

THE CLASS.  GRADE.TWO F.ONE D. F.F.D. RICHARD

MCBRIDE DISCLOSE TO ALL PROFESSORS .NEED .A.D.A.

ACCOMMODATION.EXTEND TIME.

35. THE WILLIAM CAREY UNIVERSITY E.T.AL. FAIL TO

LEADERSHIP INSTITUTION CHRISTIAN

PROFESSOR.BREACH THEIR DUTY OF CARE TO RICHARD

MCBRIDE.. SEE. STEVEN JACOB  MAHAFFEY  - V - WILLIAM

CAREY UNIVERSITY . NO.2014-CA-00585-COA. DECIDED ;

DECEMBER 08- 2015. CONCLUSION;LAW- REVERSE  THE

LOWER COURT . TO. GRANT W.C.U.-SUMMARY  JUDGMENT.

COURT.  WCU. HANDBOOK WAS SELF-SERVING. CLAUSE.

UNPROFESSIONAL CONDUCT CONTINUED.   UPHELD.

BY.DENIED .MCBRIDE. REQUEST FOR DISABILITY.ACCOMM.

PAGE-17.

36.SEE. ABIGAIL MURPHY- V- WILLIAM CAREY UNIVERSITY,

FILED .JULY 10.2015. THE LOWER COURT.GRANT W.C.U.

SUMMARY JUDGMENT. WAS.MISSISSIPPI COURT OF

APPEAL.REVERING. AUGUST 12.2020.  UNPROFESSIONAL

CONDUCT.  WILLIAM CAREY UNIVERSITY. E.T.A.L.  PATTEN

AND PRACTICE. FIND A COURT TO RECKLESS DISREGARD

LAW. FOR THE TRUE.OF THE DISABLED.

37.RICHARD MCBRIDE. PRAYER; IN THE HOLY BIBLE.

LUKE.CHAPTER-18.VERSE.1-8

1.AND HE SPAKES  A PARABLE UNTO THEM TO THIS END.

THAT MEN OUGHT ALWAYS TO PRAY.AND NOT TO FAINT;

2. SAYING. THERE WAS IN A CITY A JUDGE. WHICH FEARED

NOT GOD. NEITHER REGARDED MAN;

3.AND THERE WAS A WIDOW IN THAT CITY;AND SHE CAME

UNTO HIM SAYING. AVENGE ME OF MINE ADVERSARY;

4.AND HE WOULD NOT FOR A WHILE ; BUT AFTERWARD HE

SAID WITHIN HIMSELF THOUGH I FEAR NOT GOD. NOR REG

PAGE;18.

4- NOR REGARD MAN;

5.YET BECAUSE THIS WIDOW TROUBLED  ME . I WILL

AVENGE HER. LEST BY HER CONTINUAL COMING SHE

WEARY ME.

6.AND THE LORD SAID.HEAR WHAT THE UNJUST JUDGE

SAITH.

7.AND SHALL NOT GOD. AVENGE HIS OWN ELECT. WHICH

CRY DAY AND NIGHT UNTO HIM. THOUGH  HE BEAR LONG

WITH THEM?

8.I TELL YOU THAT HE WILL AVENGE THEM SPEEDILY

.NEVERTHELESS WHEN THE SON OF MAN COMETH.SHALL

HE FIND FAITH ON THE EARTH?.

 38.TO WHOM IT MAY CONCERN; AVENGE ME OF MINE

ADVERSARY.

39.RICHARD MCBRIDE. REQUEST FOR  APPEAL OF THE

DENY. STUDENT HANDBOOK . THEY DENY.

40. MR .TOMMY KING, VIOLATED THE A.D.A. ACT.504.ACT. U

PAGE; 19.

40.MR.TOMMY KING. PRESIDENT OFFICE.CHIEF/

EXECUTIVE OFFICE. VIOLATION RICHARD MCBRIDE RIGHT

A.D.A. ACT.504 ACT.BY UPHOLD ALLEN BONNER . DENY,

DISABILITY ACCOMMODATIONS. TO MCBRIDE. FAIL TO

TRAINING AND /OR SUPERVISION.BREACH OF

CONTRACT.GROSS NEGLIGENT.UNPROFESSIONAL

CONDUCT. FAILED. TRY.RESOLVES ANY OF THE

ISSUES.PROPERLY RAISED. A MATERIAL FACT.EXISTED.

RICHARD MCBRIDE FILED A COMPLAINT TO. TOMMY KING.

DATE.8/4/2020.HE FAILED TO RESPOND. SEE EXHIBIT -A

,-ATTACHMENT.TO COMPLAINT. BIAS AND PREJUDICE

DISCRIMINATORY. PURPOSE IN EQUAL. OUTSIDE THE

COURSE AND SCOPE OF HIS EMPLOYMENT.INDIVIDUAL

PERSONALLY LIABLE.. MENTAL  DAMAGE.

41.    MR KING KNOWINGLY  VIOLATES  LAW. DISGUSTED

AND HYPOCRITE.TO DISABLE LAW .TO RICHARD

MCBRIDE.CIVIL RIGHT.

PAGE;20.

42. MR. GARY E.BLACKWELL. VIOLATES RICHARD

MCBRIDE A.D.A. ACT. 504.ACT. TITLE-2 AND TITLE-3 TITLE -6

MISCONDUCT.BAD ATTITUDES .CIVIL RIGHT. BASED ON

DISCRIMINATORY.STUDENT WITH MENTAL

RETARDATION.1973.ACT, NEGATIVE GROSS NEGATIVE.

DEPRIVE .MCBRIDE. OF FUNDAMENTAL RIGHT AND

FAIRNESS.ACT OF 1996. CONSTITUTION DUE-PROCESS

RIGHT.MISSISSIPPI TORT CLAIM ACT. BREACHED IT

CONTRACT. BY UPHOLD. ALLEN BONNER .DENY .MCBRIDE.

BIAS AND PREJUDICE BEYOND THEIR JOB OFFICE

CAPACITY,ENTER IN PERSON CAPACITY INTENTIONAL

INFLICTION EMOTIONAL HARM TO MCBRIDE..

43. UNFAIR GRADE ,F. AND D. HELP DENY, MCBRIDE

.CLAIM. BLACKWELL WAS DISGUSTED AND HYPOCRITE.OF

DISABLE.LAW ADA.ACT. 504.ACT.

PAGE ; 21.

44.. MR. timothy s. Morris . VIOLATES  RICHARD MCBRIDE

A.D.A. ACT. 504.ACT. TITLE-2 AND TITLE-3 TITLE -6

 MISCONDUCT.BAD  ATTITUDES .CIVIL RIGHT. BASED ON

DISCRIMINATORY.STUDENT WITH  MENTAL

RETARDATION.1973.ACT, NEGATIVE GROSS NEGATIVE.

DEPRIVE .MCBRIDE. OF FUNDAMENTAL RIGHT AND

FAIRNESS.ACT OF 1996. CONSTITUTION DUE-PROCESS

RIGHT.MISSISSIPPI TORT CLAIM ACT. BREACHED IT

CONTRACT. BY UPHOLD. ALLEN BONNER .DENY .MCBRIDE.

BIAS AND PREJUDICE BEYOND THEIR JOB OFFICE

CAPACITY,ENTER IN PERSON CAPACITY INTENTIONAL

INFLICTION  EMOTIONAL HARM TO MCBRIDE..

 UNFAIR GRADE ,F.  AND . HELP DENY, MCBRIDE .CLAIM.

Richard Mcbride . DISCLOSE TO ALL PROFESSORS NEED .

A.D.A. ACCOMMODATION. EXTEND TIME. BREACH THEIR

DUTY TO CARE. REASONABLE MODIFICATION. 36.302 SECTI

PAGE .22.

45.  RICHARD MCBRIDE .SHALL PREVAIL. AT A FULL

TRIAL.ON THE MERITS.W.C.U. E.T.AL. PATTERN OF

UNPROFESSIONAL.BEHAVIOR AS A MATTER OF LAW.

46.MCBRIDE.IS ENTITLED TO JUDGMENT AS A MATTER OF

LAW RULE 50 A .    HOW TO PROVE .A.D A. TITLE-2 TITLE-3

504 ACT.   INDIVIDUAL SHALL BE DISCRIMINATED.AGAINST

ON THE BASIS OF DISABILITY IN THE FULL AND EQUAL

ENJOYMENT OF GOOD. SERVICES FACILITY.PRIVILEGES

ADVANTAGE OR  ACCOMMODATIONS OF ANY PLACE OF

PUBLIC.ACCOMMODATION.(42.U.S.C. M12182 A. B..  12181

A TITLE-2  TITLE-3. A.D.A. ACT. CLAIM MUST PROVE. 3.

ELEMENTS. IN ORDER TO PREVAIL..

1.THAT THE PLAINTIFFS IS DISABLED WITHIN THE MEANING

OF THE. AMERICANS WITH DISABILITIES ACT/ SECTION 504

OF THE REHABILITATION ACT OF 1973. DISCRIMINATION.

2.THAT THE DEFENDANTS, OWNS LEASE OR OPERATES A

PLACE OF PUBLIC ACCOMMODATION.42 U.S.C. 12182-A.

PAGE.-23.

3.THAT THE PLAINTIFF WAS DENIED. PUBLIC

ACCOMMODATION.BY THE DEFENDANT.DUE. TO HIS OR

HER.DISABILITY.  SEE-ARIZONA EXRE. GODDARD-- V--

HARKIN AMUSEMENT ENTERS INC.603 F.3D666.670(9 TH

CIR.2012) SEE ALSO DUNLAP--V-- ASSN OF BAY ARE

GOVIBE.996 F.SUPP 962.965(ND.CAL.1998.) SEE

ALSO.SCHULTZ -- V-- HEMET YOUTH PONY

LEAGUE.943.SUPP.1222.1225(CD.CAL 1996.

THE THIRD ELEMENT--WHETHER PLAINTIFF WAS

DENIED.ACCESS ON THE BASE OF DISABILITY. MET. WAS A

VIOLATION. VIOLATION OF APPLICABLE LAW.

SEE-CHAPMAN - V-PIER IMPORTS. U.S. INC.631 F.3D

939.945. 9TH CIR.2011.SEE-DONALD-V- CAFE

ROYALE.218.CAL.APP.3D 168.183. LEARNING DISABILITY.

28.C.F.R. 36.104 RICHARD MCBRIDE.DEEM  MENTAL

RETARDATION .SPECIFIC LEARNING.DISABILITY .

DIABETES.PHYSIOLOGICAL DISORDER. MENTAL ILLNESS .

PAGE-24,

47. RICHARD MCBRIDE- EXHIBIT--A - ATTACHED  TO THE

COMPLAINT.  IS COMPLAINT FILE TO MR.TOMMY KING.

PAGE'S 1 TO 3. DATE.- 8/4/2020'

48. RICHARD MCBRIDE-EXHIBIT-B- ATTACHED TO THE

COMPLAINT. U.S.DEPARTMENT OF JUSTICE .OFFICE OF

THE UNITED STATES ATTORNEY SOUTHERN DISTRICT OF

MISSISSIPPI.CIVIL RIGHT.SECTION. CIVIL

DIVISION.DATE.11/12/2019.  PAGE-4 TO 5.   THIS OFFICE

DOJ.HAVE FAILED RICHARD MCBRIDE.ENFORCE MY RIGHT.

I WILL FILED.THIS COMPLAINT. WITH THE U.S. DEPARTMENT

OF JUSTICE. DEMAND, REPRESENTS,

49.RICHARD MCBRIDE-EXHIBIT-C- ATTACHED TO THE date

12/30/2019 COMPLAINT. U.S.DEPARTMENT OF JUSTICE

CIVIL RIGHT DIVISION.950.PENNSYLVANIA

AVENUE.N.W.DISABILITY RIGHT SECTION -NYAV.

WASHINGTON.D.C. 20530.

THIS OFFICE.DOJ. CIVIL RIGHT .HAVE TO FAILED TO

ENFORCE.RICHARD MCBRIDE CIVIL RIGHT.  CIVIL ACTION.I

PAGE-25.

49- I WILL FILED THIS COMPLAINT WITH THE DOJ.

WASHINGTON.D.C. 20530. RICHARD MCBRIDE

DEMAND.REPRESENTATION. CIVIL ACTION. PAGE.6 TO 8.

50.RICHARD MCBRIDE-- EXHIBIT--D.-- FILED A COMPLAINT.
WITH .U.S.DEPARTMENT OF JUSTICE.CIVIL RIGHTS
SECTION --CIVIL DIVISION UNITED STATES  ATTORNEY'S
OFFICE SOUTHERN DISTRICT OF MISSISSIPPI. 501 EAST
COURT STREET.SUITE 4.430 JACKSON MISSISSIPPI.39201.
FAX.601-965-4409'. PHONE-601-973-2825.
THIS DOJ. HAS FAILED TO ENFORCE. RICHARD MCBRIDE.
CIVIL RIGHT. I WILL FILED THIS COMPLAINT WITH THE DOJ.
I RICHARD MCBRIDE. DEMAND. JUSTICE. AND
REPRESENTATION. PAGE. 9--12.

51. RICHARD MCBRID-- EXHIBIT-- E- FILED -A REQUEST. TO
WILLIAM CAREY UNIVERSITY OFFICE OF DISABILITY
SERVICES. DATE - 9/4/2019. REQUEST FOR DISABILITY
.ACCOMMODATION.FOR-EXTENDED TEST TIME..PAGE.-13
TO. 28.. WCU.  DISCRIMINATION. DENY.

52.RICHARD MCBRIDE ---- EXHIBIT--F-   A -REQUEST FOR
INVESTIGATION VIOLATION OF RICHARD MCBRIDE .CIVIL
RIGHT .ADA. MCCA REGULATIONS; THE MCCA.  FAIL RICHA

PAGE.26-

52- FAILED RICHARD MCBRIDE.CIVIL RIGHT.  RICHARD MCBRIDE WILL FILED THIS COMPLAINT.WITH MCCA..DEMAND A  INVESTIGATION. PAGE-29 TO- 30.

53. RICHARD MCBRIDE - EXHIBIT- G. -UNITED STATES DEPARTMENT OF EDUCATION OFFICE FOR CIVIL RIGHT. 1999 BRYAN STREET.  SUITE. 1620. DALLAS. TEXAS 75201-6831.  DATE. FEBRUARY .26.2020.  PAGE-31 TO. 34.

54 .THE OCR.  SEE.MCBRIDE. EXHIBIT--G .PAGE .33. TO ESTABLISH A VIOLATION OF  SECTION.504/ TITLE.2. IN THIS CASE , OCR MUST DETERMINE THAT YOUR.ACADEMIC.ACCOMMODATIONS WERE  DEEMED NECESSARY AFTER  A DELIBERATIVE PROCESS POST-SECONDARY INSTITUTIONS. LIKE W.C.U. MAY ESTABLISH REASONABLE PROCEDURES FOR. REQUESTING ACADEMIC ADJUSTMENT STUDENTS AT POST-SECONDARY INSTITUTIONS ARE RESPONSIBLE FOR4 KNOWING THESE PROCEDURES AND FOLLOWING THEM OCR. REVIEWED WCU. STUDENT HANDBOOK. AVAILABLE ONLINE. WHICH CONTAINS THE  FOLLOWING.PROCEDURE FOR OBTAINING DISABILITY ACCOMMODATIONS.

55.TO OBTAIN SERVICE. A STUDENT MUST.FIRST IDENTIFY HIM/HERSELF AS ONE IN NEED OF SPECIAL CONSIDERATIONS. THIS MUST BE DONE BY CONTACTING THE OFFICE OF STUDENT SUPPORT. DEPENDING UPON THE NATURE OF THE SPECIAL REQUEST. THE STUDENT WILL BE ASKED TO PRESENT DOCUMENTATIONS FROM AN

PAGE-27.

55-. FROM AN APPROPRIATELY LICENSED OR
CERTIFIED.PROFESSIONAL WITH EXPERTISE RELATED TO
A STUDENT'S DISABILITY .SUCH DOCUMENTATION MUST
EXPLAIN HOW THE DISABILITY LIMITS A MAJOR LIFE
FUNCTION. THUS IMPACTING A STUDENT'S PARTICIPATION
IN COURSES. PROGRAMS. SERVICES. ACTIVITIES. AND
FACILITIES. DETAILEDDOCUMENTATION REQUIREMENTS
FOR SPECIFIC DISABILITIES MAY BE OBTAINED FROM THE
OFFICE OF STUDENT SUPPORT AS WELL AS THE AN
APPLICATION FOR SERVICES IN SOME CASE. EVALUATION
FOR THE PURPOSE OF DOCUMENTATION MUST HAVE BEEN
COMPLETED WITHIN THREE YEARS AFTER PROVIDING THE
REQUIRED DOCUMENTATION THE STUDENT MUST
MEET.WITH THE COORDINATOR OF DISABILITY. SERVICES
IN THE OFFICE OF  STUDENT SERVICE AND SUBMIT A
WRITTEN REQUEST FOR SPECIFIC ACCOMMODATIONS
AND SERVICE THE REQUEST FOR SERVICES MUST BE
RENEWED FOR EACH ACADEMIC TERM.

56. YOU PROVIDED OCR WITH A VOICEMAIL MESSAGE
FROM WCU. DISABILITY  SERVICE. WHICH
ACKNOWLEDGED RECEIPT OF YOUR DISABILITY
APPLICATION. BUT EXPLAINED THAT IT NEEDED
DOCUMENTATION FROM YOUR DOCTOR. WHO MADE THE
DIAGNOSIS. TO EXPLAIN HOW YOUR DISABILITY LIMITS A
MAJOR LIFE. FUNCTION. YOU INFORMED OCR.THAT YOU
DID NOT SUBMIT THAT DOCUMENTATION TO WCU.
DISABILITY SERVICE. BECAUSE YOU DID NOT FOLLOW
.WCU. PROCEDURE FOR OBTAINING AN ACCOMMODATION.

PAGE- 28.

56.OCR. CANNOT   REASONABLY CONCLUDE THAT
WCU.VIOLATED TITLE.2. OR SECTION 504 WHEN IT DID NOT
GRANT YOUR REQUEST FOR A DISABILITY
ACCOMMODATION. THEREFORE. OCR IS DISMISSING. THIS
ALLEGATION PURSUANT TO CPM.SECTION 108 C.AS SUCH
.OCR IS CLOSING THIS COMPLAINT AND WILL TAKE NO
FURTHER  ACTION AS OF THE DATE OF THIS LETTER.

57.YOU HAVE A  TO APPEAL. OCR. DETERMINATION OF
YOUR COMPLAINT WITHIN 60 CALENDAR DAYS OF THE
DATE INDICATED ON THIS LETTER. AN APPEAL CAN BE
FILED ELECTRONICALLY.BY MAIL.OR BY FAX. YOU MUST
EITHER SUBMIT A COMPLETED ONLINE APPEAL
FORM.AVAILABLE ON OCR  WEBSITE AT.
https;//www2.ed.gov/about/offices/list/ocr/docs/appeals-form.pdf..
Or mail a written statement of no more than ten 10. Pages; double
-spaced. If typed. If submitted by mail.please send to the office for
CIVIL RIGHT. U.S. DEPARTMENT OF EDUCATION.400
MARYLAND AVENUE SW. WASHINGTON D.C. 20202. IF YOU
SUBMIT VIA  EMAIL. SEND TO . OCR@ed.gov. If you submit via
fax.please send to. 202-453-6012. The filing date on an appeal  is
postmarked . submitted.electronically or submitted via.fax.in the
appeal.you must explain why you believe the factual information
was incomplete.or incorrect. The legal analysis was incorrect or
the appropriate legal standard was not applied. And how to
correct any error-s. Would result in the case being. opened . for
investigation; failure to do so may result in dismissal of the
appeal. Please be advised that the recipient may not harass.
Coerce. Intimidate.or discriminate against any individual because

PAGE-29.

57. HE OR SHE HAS FILED A COMPLAINT OR PARTICIPATED IN THE COMPLAINT RESOLUTION PROCESS IF THIS HAPPENS. YOU MAY FILE ANOTHER COMPLAINT ALLEGING SUCH TREATMENT. UNDER THE FREEDOM OF INFORMATION ACT.IT MAY BE NECESSARY TO RELEASE THIS DOCUMENT.

58.- RICHARD MCBRIDE.- RESPECTFULLY. SUBMITTED. AND DISAGREE. WITH THE O.C.R. DISMISSAL OF NOT OPENED. UP A INVESTIGATION . WILLIAM CAREY UNIVERSITY. ET.AL. VIOLATION  LAW.TITLE 2 .TITLE.3. 504.REHABILITATION ACT. NON-COMPLY. ACT OF 1973. DISCRIMINATION. VIOLATION STATE LAW CLAIM. FEDERAL LAW CLAIM.   CIVIL RIGHT CLAIM.

1.THE STATEMENT MADE  BY.O.C.R. DETERMINATION OF RICHARD MCBRIDE.COMPLAINT. INDICATED.ON EXHIBIT-G. PAGE.-33. THE FACTUAL  INFORMATION WAS INCOMPLETE.AND INCORRECT.  DISGUSTED.AND HYPOCRITE. OF DISABLE. LAW. ADA..ACT, 504 .-ACT. DUE -PROCESS. BREACH OF CONTRACT.  WCU.HAS PATTERN OF UNPROFESSIONAL BEHAUVIOR , GROSS. NEGLIGENCE. BREACH OF DUTY.

2.RICHARD MCBRIDE-ACADEMIC .ACCOMMODATION WERE DEEMED.NECESSARY. BY.DOCUMENTATION.FROM.SOCIAL SECURITY.ADMINISTRATION. DEEMED TOTAL.DISABILITY. DATE DISABILITY BEGAN .03/03/1994.CESSATION OR CONTINUANCE PRIMARY DIAGNOSIS IS .MENTAL RETARDATION. CODE NO.-3180. LEARNING DISABILITY.

3. SECONDARY. DIAGNOSIS.MAJOR .DEPRESSION RECURR

PAGE-30.

3.SECONDARY DIAGNOSIS.MAJOR DEPRESSION RECURRENT PSYCHOTIC FEATURES;-CODE NO-2960 .DATE OF REQUESTED OCTOBER.10. 2019.

4 THE STATEMENT O.C.R. PAGE-33- EX.G. YOU INFORMED .OCR. THAT YOU DID NOT SUBMIT THAT DOCUMENTATION TO W,C.U. DISABILITY SERVICES BECAUSE YOU DID NOT FOLLOW WCU.PROCEDURE FOR OBTAINING AN ACCOMMODATION .OCR. CANNOT REASONABLY CONCLUDE THAT WCU. VIOLATED TITLE 2.OR SECTION 504 WHEN IT DID NOT GRANT YOUR REQUEST FOR A DISABILITY ACCOMMODATION. THEREFORE. OCR.IS. DISMISSING THIS ALLEGATION PURSUANT TO  CMP. SECTION 108 C- AS SUCH.OCR IS CLOSING THIS COMPLAINT, AND WILL TAKE NO FURTHER ACTION AS OF THE DATE OF THIS LETTER..THE OCR,HAS FAILED .TO ENFORCED THE LAW,VIOLATED.RICHARD MCBRIDE CIVIL RIGHT. I RICHARD MCBRIDE WILL FILED THIS LAWSUIT COMPLAINT.WITH. O.C.R. DEMAND APPEAL .OPEN INVESTIGATION.

5.-  MCBRIDE. SUBMIT FROM AN APPROPRIATELY LICENSED.CERTIFIED PROFESSIONAL WITH EXPERTISE RELATED TO STUDENT.RICHARD MCBRIDE DISABILITY. AT.PAS-POINT INTERNAL MEDICINE,3702.JEFFERSON AVE. PASCAGOULA.MISSISSIPPI.39563. PHONE-228-769-1166. DR.KENDRA GARDNER.F.N.P. DATE 09/04/2019. RICHARD MCBRIDE .WAS TREATED IN OUR OFFICE BY.KENDRA GARDNER.FNP. MR MCBRIDE HAS A BACKGROUND OF MENTAL ILLNESS.F250.PLEASE CALL OUR OFFICE WITH ANY QUESTION AT 228-769-1166.SINCER

PAGE;-31.

59. RICHARD MCBRIDE.-EXHIBIT--H.-  RELATE -- CASE;
UNITED.STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI.SOUTHERN DIVISION.
FILED.DATE.11/25/2014. PARTY; THE UNITED STATE OF
AMERICAN;PLAINTIFF. -V- CITY OF OCEAN SPRING.
MS.-DEFENDANT. CIVIL  ACTION NO. 1;14CV430LG-RHW. -
COMPLAINT-  INTRODUCTION; 1. THE UNITED STATE
BRINGS THIS ACTION TO ENFORCE TITLE 2. OF THE
AMERICAN WITH DISABILITIES ACT-ADA- 42.USC.
12131-12134.AS AMENEDED.AND THE DEPARTMENT OF
JUSTICE. IMPLEMENTING REGULATION .28 C.F.R.PART 35.
AGAINST THE CITY OF OCEAN SPRING. MISSISSIPPI.
CITY.BECAUSE IT VIOLATED THE ADA AND ITS
IMPLEMENTING  REGULATION WHEN IT DENIED.
PSYCAMORE.LLC.-PSYCAMORE. AN
OUTPATIENT.PSYCHIATRIC TREATMENT FACILITY A
CERTIFICATE OF OCCUPANCY AND A USE PERMIT BASED
ON DISCRIMINATORY ANIMUS TOWARDS ITS PATIENTS
WITH MENTAL ILLNESS, PSYCAMORE.ITSELF.AND THOSE
ASSOCIATED WITH THEM. PAGE 35 TO.52..

60.- RICHARD MCBRIDE;- RESPECTFULLY.  SUBMITTED. AND
DISAGREE. WITH THE UNITED STATE OF AMERICAN FAILED
TO ENFORCE.RICHARD MCBRIDE,CIVIL RIGHT.TITLE-2
TITLE-3 CLAIM.OF THE AMERICAN WITH DISABILITIES
ACT.SECTION.504 OF THE REHABILITATION ACT OF
1973.DISCRIMINATION. STATE LAW CLAIM. FEDERAL LAW
CLAIM.  BREACH OF CONTRACT. NEGLIGENCE CLAIM.
PATTERN AND PRACTICE. CONSTITUTIONAL VIOLATIONS S

PAGE 32.

60.- SEVERAL PEOPLE SUFFER FROM WCU.ET.AL. UNPROFESSIONAL.BAD BEHAVIOR.

61.-RICHARD MCBRIDE WILL FILED THIS LAWSUIT WITH THE .DOJ.AND.O.C.R. DEMAND. JUSTICE IN THE  INTERESTS OF JUSTICE MAY REQUIRE. TO MCBRIDE.

62. THE DOJ.AND OCR. FAILED TO ENFORCE. RICHARD MCBRIDE. TITLE-2 TITLE -3 OF ADA. ACT  504. ACT .ALL STATE CLAIM  ALL FEDERAL CLAIM. NEGLIGENCE CLAIM .BREACH OF CONTRACT.CLAIM. DUE-PROCESS CLAIM. THE FAILED TO ENFORCE.BY THE DOJ.AND OCR. WAS DISGUSTED. AND HYPOCRITE.OF THE DISABLE .LAW. ADA.ACT. 504.ACT. RICHARD MCBRIDE.CIVIL RIGHT.

63.RICHARD MCBRIDE .--  EXHIBIT--I- PAGE-53 TO 55. .RELATED.CASE.. PROVE; RICHARD MCBRIDE. SHOW.THIS COURT.   THAT WILLIAM CAREY UNIVERSITY E.T.A,L, PATTERN OR PRACTICE OF VIOLATION.CIVIL RIGHT. OF UNITED STATE CITIZENS. RICHARD MCBRIDE IS A UNITED STATE CITIZENS A HUMAN BEING. SEE. MISSISSIPPI. COURT OF APPEALS REVERSES DISMISSAL OF NEGLIGENCE CLAIM  IN WILLIAM CAREY LAWSUIT FILED JULY 10. 2015,ABIGAIL MURPHY--V-- WILLIAM CAREY UNIVERSITY.

64.RICHARD MCBRIDE-  EXHIBIT-- J.- PAGE. 56.TO.66.. SEE.MAHAFFEY--V--WILLIAM CAREY UNIVERSITY  . STEVEN JACOB MAHAFFEY-APPELLANI --V-- WILLIAM CAREY UNIVERSITY -APPELLEE.NO.2014-CA-00585-COA.

PAGE;33.

64. DECIDED -DECEMBER 08-2015. WILLIAM CAREY
UNIVERSITY . WAS APPEALS .REVESES .LAWSUIT.
RICHARD MCBRIDE,OCR.REVIEWED WCU.STUDENT
HANDBOOK. AVAILABLE.ONLINE,WHICH CONTAINS THE
FOLLOWING.PROCEDURE. OBTAINING
DISABILITY.ACCOMMODATIONS. OCR. FACTUAL
INFORMATION WAS INCOMPLETE .OR. INCORRECT,THE
LEGAL ANALYSIS WAS INCORRECT OR THE APPROPRIATE
LEGAL  STANDARD WAS NOT APPLIED.  AND HOW
CORRECTION OF ANY ERRORS-.WOULD RESULT IN THE
CASE BEING.OPENED FOR INVESTIGATION.  FAILURE TO
PROTECT.RICHARD MCBRIDE. CIVIL RIGHT.AMERICAN
CITIZEN. A HUMAN-BEING. MENTAL PATIENT,SEE.CASE.
65.MAHAFFEY-V- WILLIAM CAREY UNIVERSITY .
NO.2014-CA-00585-COA. MCBRIDE-EXHIBIT-J.-  SEE.ON
PAGE.60.-NO. 31.GRIFFIS.P.J.FOR THE COURT.- 31.- THE
ONLY ISSUE THAT REMAINS IS WHETHER WILLIAM CAREY
DECISION WAS ARBITRARY OR CAPRICIOUS MAHAFFEY
CONTENDS THAT WILLIAM CAREY FAILED TO COMPLY WITH
ITS GUIDELINES PRESCRIBED IN THE STUDENT HANDBOOK
DURING IT  PROCEEDING AGAINST HIM. DUE TO  THIS
DEVIATION FROM PROCEDURES. MAHAFFEY ARGUES
WILLIAM CAREY DEPRIVED HIM OF A FUNDAMENTALLY
FAIR  HEARING, WHICH RENDERS THE DECISION
ARBITRARY OR CAPRICIOUS.

66. RICHARD MCBRIDE REQUESTED A FAIR  HEARING OF
WILLIAM CAREY UNIVERSITY.-ET.AL.  DENY. OF HIS

PAGE;-35.

67. A STUDENT HANDBOOK.HRE WILLIAM CAREY DEVIATED FROM IT POLICY IN NOT ALLOWING MAHAFFEY .TO RETAKE HIS PEDIATRICS ROTATIONS AFTER RECEIVING A FAILING GRADE (F) IT WAS THE POLICY TO ALLOW A STUDENT TO RETAKE A COURSE WITH A FAILING GRADE.WHILE DISMISSAL WAS RECOMMENDED AFTER FAILING THREE OR MORE TIME, I WOULD FINE THAT WILLIAM CAREY DEVIATIONS.BASED ON THE RECORD BEFORE US.SHOULD HAVE AT LEAST PRECLUDED. SUMMARY JUDGMENT.. WHETHER JUDICIAL ESTOPPEL APPLIES.

68 RICHARD MCBRIDE WILLIAM CAREY BONNER. .HANDBOOK.IS SELF-- SERVING. DEVIATED FROM IT POLICY.DENYING RICHARD MCBRIDE A MENTAL PATIENT. ARE QUALIFIED TO RECEIVE SERVICES AND PARTICIPATE IN OR ACTIVITIES PROVIDED BY WCU.SEE.42 U.S.C..12131-2 ADA. DEFENDANT'S ACTIONS CONSTITUTE.DISCRIMINATION.IN VIOLATION OF TITLE-2 TITLE-3- 504-ACT..ADA.42U.S.C.12132.AND IMPLEMENTING REGULATION. 28 C.F.R. PART 35. 130   TITLE 6. TITLE 7. DUE-PROCESS . OBLIGATION TO PROTECT. DISABLE STUDY.EXISTS, MENTAL   RETARDATION ,LEARNING DISABLE. 28.C,F.R. PART.35-PART -36-B REGULATION IMPLEMENT AMENDMENT MAY.21.2012. 504.SECTION 7-20.ADA.

PAGE.-34.

66.  RICHARD MCBRIDE. REQUESTED A FAIR HEARING OR APPEAL.CALLED THE DEAN THEY DENY. WILLIAM CARY . FAILED TO COMPLY. WITH  ITS GUIDELINES PRESCRIBED.IN THE STUDENT HANDBOOK DURING ITS PROCEEDING  AGAINST . MCBRIDE. DUE TO THIS DEVIATION FROM PROCEDURES RICHARD MCBRIDE.ARGUES WILLIAM CARY. WRONGLY DENY. ADA.TITLE-2- TITLE-3.504.ACT.OBTAINING DISABILITY ACCOMMODATIONS. DEPRIVED MCBRIDE.-OF A.FUNDAMENTALLY FAIR HEARING.WHICH RENDERS THE DENY. DECISION ARBITRARY OR CAPRICIOUS. WCU.FAILED PROTECT.ACT.CONSTITUTIONAL DUE PROCESS RIGHT UNDER THE FOURTEENTH AMENDMENT 14TH. BREACH OF CONTRACT CLAIM. INTERNAL. CITATIONS AND CITATIONS OMITTED. UNIV.OF.MISS.MED.CTR.--V-- HUGHES.765 SO.2D.528.540. MIS.2000. SEE. BEAUCHENE--V-- MISS.COIL.986.FSUPP.2D.755.768/S.D. MISS.2013. WCU. DEVIATED FROM IT POLICY.

67 RICHARD MCBRIDE --EXHIBIT-J- MAHAFFEY-V- WILLIAM CAREY UNIVERSITY. ;GRIFFIS, P,J. FOR THE COURT; NO.2014-CA-00585-C0A. PAGE; 66.-NO.68- WILLIAM CAREY.CONTENDS THAT A CLAUSE IN THE HANDBOOK. DISCLAIMS ANY CONTRACTUAL  RELATIONSHIP CREATED BY THE HANDBOOK. I FIND THAT THIS SEIF--SERVING DISCLAIMER WAS NOT BINDING ON MAHAFFEY. THIS ARGUMENT IS AT ODDS WITH THE HOLDING OF .HUGHES.WHICH FOUND THAT THE TERMS OF A STUDENT-UNIVERSITY RELATIONSHIP MAY BE DERIVED.

69.                                  PAGE; 36.


STATE OF MISSISSIPPI.

COUNTY OF JACKSON.


SWORN AFFIDAVIT;

I  ESTHER MARIE BATISTE; SOCIAL SECURITY NUMBER;
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. DATE OF BIRTH.FEBRUARY. 17.1966.
ADDRESS.4342. TERRACE .DRIVE.MOSS
POINT.MISSISSIPPI.39563.; DO.HEREBY. GIVE THIS
STATEMENT AFTER FIRST BEING DULY SWORN AND
PLACED UNDER.OATH.

1. THAT I AM ABOVE THE AGE OF EIGHTEEN -18- YEARS
   OLD.
2. THAT I AM AN ADULT  RESIDENT CITIZEN OF JACKSON
   COUNTY MISSISSIPPI.
3. THAT I HAVE NOT BEEN THREATENED.OR COERCED IN
   ANY MANNER TO GIVE THIS STATEMENT AND I DO SO
   ON MY OWN FREE WILL.
4. THAT I WAS A DISABLE STUDENT. AT WILLIAM CAREY
   UNIVERSITY. 2016.AND 2017. STUDENT ID.NO. 368393
5. I REQUESTED WILLIAM CAREY UNIVERSITY.OFFICE OF
   DISABILITY SERVICES.UNDER ADA.ACT. 504-ACT.
   GAVE SUPPORTING DOCUMENTATION. FROM THE

6. SOCIAL.SECURITY.ADMINISTRATION.DEEMED, TOTAL DISABILITY.

7. THE WILLIAM CAREY UNIVERSITY.OFFICE OF DISABILITY. SERVICES. GRANTED MY REQUEST FOR DISABILITY ACCOMMODATION. FOR- EXTENDED.TEST TIME.

8. AFTER THAT WILLIAM CAREY UNIVERSITY .MISCONDUCT.BAD ATTITUDES.DISCRIMINATION BASE ON DISABILITY.UNPROFESSIONAL.CONDUCT. BIAS AND PREJUDICE.

9. MR. GARY E. BLACKWELL.MISCONDUCT.BAD ATTITUDES.BASED ON BLACK.PEOPLE.DISCRIMINATORY- STUDENT WITH MENTAL DISABLE ADA.ACT. PROVIDING DIFFERENT BENEFITS MOST BLACK.FAILED GRADE F.

10. I AM A BLACK FEMALE

DATED. THIS THE ----13ʰᵗ----. DAY OF .SEPTEMBER.2021.

_____
ESTHER M.BATISTE.

SWORN TO SUBSCRIBED.THIS THE-13ʰᵗ------.DAY OF SEPTEMBER. 2021.

MY COMMISSION EXPIRES----------------------------------
NOTARY PUBLIC.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 62093
LIZZIE WORTHY
Commission Expires
Jan. 27, 2025
JACKSON COUNTY

PAGE;37.

## PRAYER FOR RELIEF;

70.  WHEREFORE; RICHARD MCBRIDE PRAYS; IN THE NAME

OF JESUS CHRIST ;THAT THE HONOURABLE  COURT.

A.- GRANT JUDGMENT IN FAVOR OF MR. RICHARD

MCBRIDE AND DECLARE THAT WILLIAM CAREY

UNIVERSITY.E.T.A.L. ACTIONS  VIOLATE TITLE.-2. TITLE-3.

OF THE A.D.A.42.U.S.C. 12131-12134 AND  RICHARD

MCBRIDE.IMPLEMENTING REGULATION.28.C.F.R..PART 35.B

PART 36 .42.U.S.C. 12181-12189; OBLIGATIONS

INTEGRATED-3.TEXT.36.103-RELATIONSHIP.TO OTHER

CLAIM LAWS APPLIED UNDER.TITLE-5. 504. OF THE

REHABILITATION ACT OF

1973.29.U.S.C.791.A.B.C..TITLE-6.HUMILIATION

.ADA.28.C.F.R.36,104/ INJUNCTIVE RELIEF.VIOLATION.

BREACH OF CONTRACT .NEGATIVE.

MENTAL-RETARDATION. LEARNING DISABLE.

PAGE;38.

71.. ENJOIN THE WILLIAM CAREY ALONG WITH ITS

RESPECTIVE DEPARTMENT AGENCIES. AND OTHER

INSTRUMENTALITIES. AND ALL OTHER IN CONCERT OR

PARTICIPATION WITH THEM .FROM ENGAGING IN

DISCRIMINATORY. POLICIES AND PRACTICES AGAINST

INDIVIDUALS WITH DISABILITIES .ENTITIES THAT SERVE

INDIVIDUALS WITH DISABILITIES .

72 .DENYING EQUAL SERVICES PROGRAMS AND

ACTIVITIES TO INDIVIDUALS WITH DISABILITIES .

73..PROVIDING DIFFERENT BENEFITS OR SERVICES TO

INDIVIDUALS WITH DISABILITIES AND  INDIVIDUALS AND

ENTITIES ASSOCIATED WITH THEM.

74.. ISSUE A DECLARATORY JUDGMENT DECLARING THAT

WILLIAM CAREY,.ET.AL. HAS VIOLATED TITLE-2 TITLE-3 504

ACT.

PAGE;39

75..ORDER SUCK OTHER APPROPRIATE RELIEF AS THE

INTERESTS OF JUSTICE MAY REQUIRE.

76 AWARD,ATTORNEY FEES

77..AWARD.EXPERT FEES.

78. AWARD RICHARD MCBRIDE 1.000.000.00. ONE MILLION

DOLLAR. CASH.

79.LIMITING INDIVIDUALS WITH AND INDIVIDUALS  AND

ENTITIES  ASSOCIATED WITH THEM IN ENJOYMENT OF ANY

RIGHT.PRIVILEGE. ADVANTAGE .OF OPPORTUNITY

ENJOYED BY. OTHER.

80.WCU. FAILING TO MAKE ANY NECESSARY REASONABLE

MODIFICATIONS TO ITS POLICIES. PRACTICES. OR

PROCEDURES TO AVOID DISCRIMINATION AGAINST

RICHARD MCBRIDE ON THE BASIS OF DISABILITY

.SEE42.U.S.C. 12132. 28.C.F.R..35.130 B-7- PART.36.B.

*[handwritten signature: Richard Mc Bride]*

*[handwritten: 4318 DONOVAN ST MOSSPOT MS. 39563. 228-696-7033]*

PAGE.40.

CERTIFICATE OF SERVICE;

I RICHARD MCBRIDE.HEREBY.CERTIFY. THAT I HAVE HAND

DELIVERED OR MAILED. TRUE COPY TO DEFENDANTS.

COMPLAINT;  THIS THE ─*13*── DAY OF;SEPTEMBER.2021.


1.  WILLIAM CAREY UNIVERSITY .

    AT.TOMMY KING/PRESIDENT.OFFICE

    CHIEF/EXECUTIVE OFFICE. BOX-1.

    710.WILLIAM CAREY PARKAY WAY.

    HATTIESBURG.MISSISSIPPI.39401.

PHONE;601-318-6495.OR.228-702-1775.

2. TOMMY KING. AT.TOMMY KING.PRESIDENT OFFICE.

CHIEF/EXECUTIVE.OFFICE. BOX-1. 710.WILLIAM CAREY

PARKWAY HATTIESBURG.MISSISSIPPI. 39401.

PHONE; 601-318-6495.OR.228-702-1775.

PAGE;41.

3.. ALLEN BONNER.AT.TOMMY KING.PRESIDENT OFFICE

.CHIEF/EXECUTIVE.OFFICE BOX-1.710 WILLIAM CAREY

PARKAY WAY .HATTIESBURG. MISSISSIPPI.39401.

PHONE;601-318-6495 OR 228-702-1775.

4.TIMOTHY S. MORRIS. AT.TOMMY KING.PRESIDENT OFFICE

.CHIEF/EXECUTIVE.OFFICE BOX-1.710 WILLIAM CAREY

PARKAY WAY .HATTIESBURG. MISSISSIPPI.39401.

PHONE;601-318-6495 OR 228-702-1775.

5.GARY E BLACKWELL. AT.TOMMY KING.PRESIDENT OFFICE

.CHIEF/EXECUTIVE.OFFICE BOX-1.710 WILLIAM CAREY

PARKAY WAY .HATTIESBURG. MISSISSIPPI.39401.

PHONE;601-318-6495 OR 228-702-1775.


6. RICHARD MCBRIDE.AT 4318 DONOVAN  STREET .MOSS

POINT.MISSISSIPPI .39563.PHONE; 228-696-7033.

7. UNITED STATES DISTRICT.COURT FOR THE SOUTHERN

DISTRICT OF MISSISSIPPI. SOUTHERN DIVISION.

PAGE; 42.

7- UNITED STATE DISTRICT COURT.

DAN M.RUSSELL JR' UNITED STATES COURTHOUSE.

2012.15TH.STREET.SUITE

403.GULFPORT.MISSISSIPPI.39501. PHONE.228-563-1700.

8.  CIVIL RIGHTS SECTION-CIVIL DIVISION ;

UNITED STATES -ATTORNEY'S OFFICE SOUTHERN

DISTRICT OF MISSISSIPPI. 501.EAST COURT STREET.SUITE

4.430 JACKSON. MISSISSIPPI 39201.  FAX.-601-965-4409.

PHONE; 601-965-4480.

9..UNITED STATE DEPARTMENT OF JUSTICE.

CIVIL RIGHT DIVISION.950 PENNSYLVANIA AVENUE N.W.

DISABILITY RIGHTS

SECTION--NYAV.WASHINGTON.D.C.20530.

10. OFFICE FOR CIVIL RIGHT. UNITED STATE

DEPARTMENTMENT OF EDUCATION. 400 MARYLAND

AVENUE.S.W. WASHINGTON. D.C.20202.

FAX-202-453-6012.-OCR@ed.gov.

Page 43.

RICHARD MCBRIDE;

4318 DONOVAN STREET MOSS POINT.MISSISSIPPI. 39563

PHONE; 228-696-7033.

RICHARD MCBRIDE.

DATE; 13.OF SEPTEMBER.2021.